UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Mildred R. Bevins                                Docket No. 5:14-MJ-1109-1

**Petition for Action on Probation**

COMES NOW Mindy L. Threlkeld, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Mildred R. Bevins, who, upon an earlier plea of guilty to 18 U.S.C. §13, assimilating N.C.G.S. 14-316.1, Child Neglect, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge on February 4, 2015, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is disabled and has verification that she has been diagnosed with Bilateral Dequervain's Syndrome, which prevents her from being able to perform repetitive motions with her arms, such as typing or lifting. She recently suffered a stroke and is under a doctor's care for disabling anxiety and depression. The defendant was originally ordered to complete 10 days of the home detention program which she has completed successfully. It is recommended that the community service hours ordered by the court be stricken and that she complete an additional 20 days of the home detention program for a total of 30 days.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The condition requiring 45 hours of community service be stricken.

2. The defendant shall abide by all conditions and terms of the home detention program for an additional period of 20 consecutive days for a total of 30 days home detention. The defendant shall be restricted to her residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/ Mindy L. Threlkeld |
| Robert L. Thornton | Mindy L. Threlkeld |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2539 |
| | Executed On: May 5, 2015 |

**Mildred R. Bevins**
**Docket No. 5:14-MJ-1109-1**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this 7th day of May 2015 and ordered filed and made a part of the records in the above case.

*Kimberly A. Swank*
Kimberly A. Swank
U.S. Magistrate Judge